No. D–1578. IN RE DISBARMENT OF THROWER. It is ordered that John Snow Thrower, Jr., of Opelika, Ala., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1579. IN RE DISBARMENT OF KOHNEN. It is ordered that David A. Kohnen, of Cincinnati, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1580. IN RE DISBARMENT OF EWERS. It is ordered that James J. Ewers, of Yankton, S. D., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1581. IN RE DISBARMENT OF CRAWFORD. It is ordered that Desiree White Crawford, of Henderson, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–1582. IN RE DISBARMENT OF KELLNER. It is ordered that Fred Neal Kellner, of Coral Gables, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1583. IN RE DISBARMENT OF TACHE. It is ordered that Simon W. Tache, of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1584. IN RE DISBARMENT OF FELMAN. It is ordered that David Sherman Felman, of Fort Lauderdale, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.